# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-24-00355-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| United States Internal Revenue Service, et al., | |
| Defendants. | |

Before the Court is the parties' Motion for Stipulated Briefing Schedule for Motion for Preliminary Injunction (Doc. 20).

**IT IS ORDERED** granting the Motion (Doc. 20).

**IT IS FURTHER ORDERED** Defendants' response brief shall be due on or before March 15, 2024 and Plaintiff's Reply brief shall be due on or before March 20, 2024.

**IT IS FURTHER ORDERED** setting oral argument for **April 2, 2024 at 11:00 a.m**. in Courtroom 602, Sandra Day O'Connor U. S. Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  Each party shall have 30 minutes to argue their position.

Dated this 7th day of March, 2024.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge