IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-24-00355-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| United States Internal Revenue Service, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation (Doc. 38).

**IT IS ORDERED** granting Plaintiff's Unopposed Motion for Leave to Exceed Page Limitation (Doc. 38).

**IT IS FURTHER ORDERED** Plaintiff is granted leave to file an opposition to the United States' Motion to Dismiss up to twenty-three pages in length, six pages in excess of LRCiv 7.2(e)'s limit.

Dated this 24th day of May, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge